**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MATTHEW STARK** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-1650** |
| **TRICO MARINE OPERATIONS, INC.,** **ET AL.** | **SECTION "B"(5)** |

<u>ORDER</u>

Considering the Joint Motion to Dismiss with Prejudice (Rec. Doc. No. 25),

**IT IS ORDERED** that the Motion is **GRANTED.** All claims asserted by Plaintiff, Matthew Stark, against Defendants, Trico Marine Operations, Inc. and Aspen Insurance Company are hereby dismissed with prejudice, each party to their own costs.

New Orleans, Louisiana, this 30th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE